IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON MARTIN SWIDERSKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | NO. 15-6814 |
| OF CORRECTIONS, et al | : | |

# ORDER

**AND NOW**, this 11th day of February 2016, upon consideration of Plaintiff's Complaint and Motion to proceed *in forma pauperis* (ECF Doc. No. 1), and for the reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**.

2. Plaintiff, Jason Martin Swiderski, NCP #6330, shall pay the full filing fee of $350 under 28 U.S.C. § 1915(b). Based on the Plaintiff's financial record, an initial partial filing fee is not assessed. The Warden or other appropriate official at the Northampton County Prison, where plaintiff is presently confined, or at any other prison at which Plaintiff may be confined shall, until the full filing fee is paid, deduct from Plaintiff's prisoner account, each time that the account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court, U.S. District Court for the Eastern District of Pennsylvania, 601 Market St., Room 2609, Philadelphia PA 19106, to be credited to Civil Action No. 15-6814.

3. This action is **DISMISSED** under 28 U.S.C. § 1915 (e)(2)(B)(ii).

4. The Clerk of Court is directed to send a copy of this Order to the Warden of the Northampton County Prison.

_____
KEARNEY, J.